Rachel Green, as Administratrix, etc., of Charles Green, Deceased, Appellant, v. Urban Contracting and Heating Company and August Oppenheimer, Respondents.— Judgment affirmed, with costs. No opinion. (O'Brien, P. J., and Patterson, J., dissenting.) Order filed.

Denis McGuinness, Appellant, v. Allison Realty Company and Others, Defendants, Impleaded with the City of New York and Isaac A. Hopper, Respondents. — Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below. No opinion. Order filed.

Mary A. Gray, as Administratrix, etc., of Bernard Gray, Deceased, Appellant, v. Siegel-Cooper Company, Respondent.— Judgment affirmed, with costs. No opinion. (Laughlin, J., dissenting on his former opinion.*) Order filed.

The Strobridge Lithographing Company, Respondent, v. Robert E. Johnston, Appellant, Impleaded with John S. Duss.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

In the Matter of the Estate of Bridget Dooley, Deceased. Annie Dooley, as Administratrix, etc., of Bridget Dooley, Deceased, Appellant; Joseph F. Barker, Respondent.— Decree affirmed, with costs. No opinion. Order filed.

The People of the State of New York ex rel. John Dwyer, Appellant, v. Francis V. Greene, as Police Commissioner of the City of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. (Patterson and Laughlin, JJ., dissenting.) Order filed.

Leo Schlesinger, as Receiver of the Federal Bank of New York, Respondent, v. Simon Scheuer and Others, Copartners Composing S. Scheuer & Sons, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

National Bank of Commerce in New York, Respondent, v. Leo Schlesinger, as Receiver of the Federal Bank of New York, Appellant, Impleaded with Frederick D. Kilburn, Individually and as Superintendent of Banks of the State of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

The People of the State of New York ex rel. George G. Brown, Jr., Appellant, v. William F. Baker and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Mary Smith and Others, Respondents, v. Michael Ryan and Thomas Lelane, as Surviving Executors of and Trustees under the Last Will and Testament of Mary M. Flynn, and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

B. Frank Sadler, Appellant, v. Julius Bohm and Rudolph Bohm, Respondents. — Order modified by requiring as a condition of opening default, in addition to motion costs allowed, the payment of thirty dollars trial fee, ten dollars term fee, and the disbursements of plaintiff on the inquest, without costs of appeal. No opinion. Order filed.

Sadie V. Brady, Respondent v. Daniel M. Brady, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

## SECOND DEPARTMENT, FEBRUARY, 1906.

In the Matter of the Application of Charles C. Snyder for Admission to the Bar.— Application granted. Present—Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

* See 78 App. Div. 118, 123.— [REP.